UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KEVIN JAMES KOHUTE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>WASHINGTON D.C. POLICE DEPARTMENT, )<br>)<br>Defendant. ) | Civil Action No. 25-0319 (UNA) |

### ORDER

This matter is before the Court on consideration of plaintiff's application to proceed *in forma pauperis* and *pro se* complaint. The Court GRANTS the application and ORDERS plaintiff to file an amended complaint within 30 days of entry of this Order.

Complaints filed by *pro se* litigants are held to less stringent standards than those applied to formal pleadings drafted by lawyers. *See Haines v. Kerner*, 404 U.S. 519, 520 (1972). Even *pro se* litigants must comply with the Federal Rules of Civil Procedure. *Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987). Rule 8(a) of the Federal Rules of Civil Procedure requires that a complaint contain a short and plain statement of the grounds upon which the Court's jurisdiction depends, a short and plain statement of the claim showing that the pleader is entitled to relief, and a demand for judgment for the relief the pleader seeks. FED. R. CIV. P. 8(a). The purpose of the minimum standard of Rule 8 is to give fair notice to the defendants of the claim being asserted, sufficient to prepare a responsive answer, to prepare an adequate defense and to determine whether the doctrine of *res judicata* applies. *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977).

As drafted, Plaintiff's *pro se* complaint falls short of the minimal pleading standard set forth in Rule 8(a). Plaintiff alleges "Judicial retailation [sic] and police officer retaliation against

homeless ppl in Washington D.C.," Compl. at 4, and "police retaliation against the homeless victims living in the streets of Washington D.C.," for example, without stating how defendant's actions impacted plaintiff himself. Missing, too, are factual allegations establishing the date(s) on which relevant events occurred, or any useful information giving defendant adequate notice of the claim(s) asserted.

It is hereby

ORDERED that plaintiff's application to proceed *in forma pauperis* [2] is GRANTED; it is further

ORDERED that, within 30 days of entry of this Order, plaintiff shall file an amended complaint, drafted in accordance with Rules 8, 9 and 10 of the Federal Rules of Civil Procedure and Rule 5.1 of the Local Civil Rules, setting forth all the claim(s) he intends to bring and identifying the claim(s) brought against each named defendant. If plaintiff fails to comply with this Order, the Court will dismiss the complaint and this action without prejudice for failure to prosecute under Federal Rule of Civil Procedure 41.

SO ORDERED.


DATE: February 20, 2025                                      RUDOLPH CONTRERAS
                                                             United States District Judge